# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

HECTOR MAURO DE LA ROSA a/k/a
ANDRES DE LA ROSA MONREAL,

      Petitioner,

   v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

      Respondents.

5:26-cv-346

## ORDER

Petitioner filed the captioned action, seeking his immediate release or for the Court to direct he have a bond hearing before an immigration judge. Dkt. No. 1 at 24. However, Petitioner filed another cause of action seeking this same relief in Case Number 5:26-cv-343. The Court has granted Petitioner's requested relief in Case Number 5:26-cv-343. Case No. 5:26-cv-343, Dkt. Nos. 5, 6. Thus, I **DENY as moot** the above-captioned cause of action and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

    **SO ORDERED**, this ___6___ day of April, 2026.

                                   _____
                                   HON. LISA GODBEY WOOD, JUDGE
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF GEORGIA